# UNITED STATES DISTRICT COURT
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 DEC 30  AM 10: 19

OFFICE OF THE CLERK

*Shirley L. Phelps-Roper,*       Plaintiff,

Case No: 4:09cv3268

v.

Appearing on behalf of: Plaintiff, Shirley L. Phelps-Roper

*David Heineman, In His Official Capacity as Governor of the State of Nebraska, et al.*
                      Defendants.

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Margie J. Phelps do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Kansas, and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| Attorney at Law | (Law Firm) | 10625 |
| 3734 SW 12th St. | (Mailing Address) | (Bar Code if Bar Applicable) |
| Topeka, KS 66604 | (City, State, Zip) | |
| 785-408-4598 (ph); 785-233-0766 (fax) | (Telephone/Fax Number) | |

I, Margie J. Phelps, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 21st day of Dec., 2009        #10625
                                (Signature of Petitioner)

---

**(This portion must be completed and signed by the clerk of the highest court in any state in which the petitioner is admitted to practice)**

I hereby certify that the petitioner is a member of the highest court of the state of Kansas as certified by the petitioner above. DATED this 21st day of December, 2009.

Clerk of the Supreme Court of the State of Kansas

*Carol G. Green*
(Please sign name)

CAROL G. GREEN
(Please print name)

---

IS ORDERED: Petitioner is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 30th day of December, 2009.
                                (Deputy Clerk)

Given over the counter
COPIES MAILED ON  12/30/09
Last update 01/13/09

ECF