# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHIRLEY L. PHELPS-ROPER,** | ) | **CASE NO. 4:09CV3268** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DAVE HEINEMAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion to Continue (Filing No. 45) submitted by Defendants Dave Heineman, Jon Bruning, Todd J. Hutton, and the Nebraska Supreme Court. Defendants seek to continue the hearing on Plaintiff's Motion for Preliminary Injunction until the Court resolves Defendants' Motions to Dismiss and Abstain or in the Alternative Motions to Stay Proceedings and for a Protective Order (Filing Nos. 42, 47, 51, 52, and 56).

For good cause shown,

IT IS ORDERED:

1. The Motion to Continue (Filing No. 45) submitted by Defendants Dave Heineman, Jon Bruning, Todd J. Hutton, and the Nebraska Supreme Court, is granted; and

2. The hearing on the Plaintiff's Motion for Preliminary Injunction (Filing No. 5) is continued pending the Court's ruling on the Defendants' Motions to Dismiss and Abstain or in the Alternative Motions to Stay Proceedings and for Protective Order (Filing Nos. 42, 47, 51, 52, and 56).

DATED this 23rd day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge