# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHIRLEY L. PHELPS-ROPER,** | CASE NO. 4:09CV3268 |
| **Plaintiff,** | |
| vs. | ORDER |
| **DAVE HEINEMAN,** In His Capacity as Governor of the State of Nebraska; et al, | |
| **Defendants.** | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 132). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 132) is approved;

2. All claims asserted by Plaintiff Shirley L. Phelps-Roper against Defendant L. Kenneth Polikov are dismissed with prejudice; and,

3. Defendant Polikov will bear his own costs, expenses and attorney fees; and Plaintiff Phelps-Roper will bear her own costs, expenses and attorney fees as to Defendant Polikov.

DATED this 25th day of August, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge