IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER,   )<br>                                                         )<br>            Plaintiff,             )<br>                                                         )      Case No. 4:09CV3268<br>      vs.                                        )<br>                                                         )<br>DAVE HEINEMAN, et al.,        )      ORDER<br>                                                         )<br>            Defendants.            )  | |

This case is before the court following receipt of the mandate from the United States Court of Appeals for the Eighth Circuit. A status hearing will be scheduled to discuss further progression of the case.

**IT IS ORDERED:** A status hearing will be held with the undersigned magistrate judge on **Monday, June 24, 2013 at 10:00 A.M.,** to be held by telephone conference call initiated by counsel for the plaintiff.

Dated this 22nd day of May 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge