IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHIRLEY L. PHELPS-ROPER,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3268 |
| | ) | |
| V. | ) | |
| | ) | |
| **DAVE HEINEMAN, In His Capacity as Governor of the State of Nebraska, JON BRUNING, In His Capacity as Attorney General of the State of Nebraska, JOHN W. STACEY, In His Capacity as Chief of the Bellevue Police Department, DONALD KLEINE, In His Capacity as Douglas County Attorney, ALEX HAYES, In His Capacity as Chief of the Omaha Police Department, NATHAN COX, In His Capacity as Cass County Attorney, WILLIAM BRUEGGEMANN, In His Capacity as Sheriff of Cass County, and JOHN/JANE DOE(S), in Their Official Capacities,** | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Diane Carlson has moved to withdraw as counsel for Defendant Donald Kleine (filing 145). Upon the representation that Defendant Kleine will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 145) is granted.

2. The Clerk of Court shall terminate Diane Carlson as counsel of record for Defendant Donald Kleine and shall terminate future notices to Ms. Carlson in this action.

**DATED June 18, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**