IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DAVE HEINEMAN, in his capacity as Governor of the State of Nebraska; JON BRUNING, in his capacity as Attorney General of the State of Nebraska; DONALD KLEINE, in his capacity as Douglas County Attorney; ALEX HAYES, in his capacity as Chief of the Omaha Police Department; NATHAN COX, in his capacity as Cass County Attorney; WILLIAM BRUEGGEMANN, in his capacity as Sherriff of Cass County; and JOHN/JANE DOE(S), in their official capacities;<br><br>　　　　　　　　Defendants. | **CASE NO. 4:09CV3268**<br><br>**ORDER AND JUDGMENT** |

　　　　This matter is before the Court on the parties' Stipulation and Joint Motion for Order of Dismissal (Filing No. 194).  The Stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The Plaintiff's Complaint and all claims of relief stated therein against defendants Nathan Cox and William Brueggemann, Cass County defendants, are dismissed with prejudice.  The Court will not assess costs and attorney's fees. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The parties' Stipulation and Joint Motion for Order of Dismissal (Filing No. 194) is approved;

2. The Plaintiff's Complaint and all claims of relief stated therein against defendants Nathan Cox and William Brueggemann are dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 24th day of January, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge