IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHIRLEY L. PHELPS-ROPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:09CV3268 |
| | ) | |
| V. | ) | |
| | ) | |
| **DAVE HEINEMAN, In His Capacity as Governor of the State of Nebraska, JON BRUNING, In His Capacity as Attorney General of the State of Nebraska, DONALD KLEINE, In His Capacity as Douglas County Attorney, ALEX HAYES, In His Capacity as Chief of the Omaha Police Department, and JOHN/JANE DOE(S), in Their Official Capacities,** | ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| **Defendants.** | ) | |

Defendants have moved for a fourteen day extension of time to complete written discovery. ([Filing 208](#).) Defendants contend that Plaintiff has indicated that cameras are present at pickets undertaken by Westboro members, but that videos or photographs are not always retained. Defendants desire an enlargement of time to inquire as to the circumstances of the absence of the photos and videos. Plaintiff opposes the motion to extend, arguing that Defendants have been aware of this issue since December, 2013, and that discovery regarding this matter should have been pursued at an earlier time.

Having considered the matter, the Court will grant the motion to extend, as the requested extension is short and will not impact other deadlines established in this case. However, any additional written discovery must focus on the narrow issue of why certain videos and photographs of Westboro members' picketing activities were purportedly not retained.

Accordingly,

**IT IS ORDERED:**

1. Defendants' Motion for Enlargement of Time (filing 208) is granted. The written discovery deadline is extended to March 14, 2014. Any additional written discovery shall be limited to the question of why videos and photographs of picketing activities were not retained.

2. All other deadlines established in this case remain as presently set.

**DATED March 3, 2014.**

                **BY THE COURT:**

                S/ F.A. Gossett
                **United States Magistrate Judge**