IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, ) | |
| ) | Case No. 4:09CV3268 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PETE RICKETTS, et al., ) | |
| ) | |
| Defendants. ) | |

This case came before the court for the final pretrial conference. The following were present: The plaintiff and her counsel, Margie J. Phelps; defendant Pete Ricketts and defendant Attorney General of Nebraska were represented by James D. Smith, Stephanie A. Caldwell, Ryan S. Post, Jessica M. Forch, David A. Lopez, Bijan Koohmaraie, and Blake Johnson; defendant Don Kleine as Douglas County Attorney was represented by Sandra K. Connolly; and defendant City of Omaha, Nebraska was represented by Thomas O. Mumgaard and Ryan J. Wiesen.

The proposed pretrial documents were reviewed, and the Court makes the following rulings:

**IT IS ORDERED:**

1. The court accepts the proposed order on final pretrial conference, noting that it will be amended.

2. Any party may file a motion addressing Controverted and Unresolved Issues (Section C of the final pretrial order), on or before **March 6, 2015.** Any replies to said motions will be filed on or before **March 11, 2015.**

3. The parties will submit a new trial exhibit list, with objections noted, on or before **March 6, 2015**.

Dated this 27th day of February, 2015.

                        BY THE COURT:

                        s/ F.A. Gossett, III
                        United States Magistrate Judge