IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHIRLEY L. PHELPS-ROPER,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3268 |
| | ) | |
| V. | ) | |
| | ) | |
| **JOHN/JANE DOE(S), in Their Official Capacities, PETE RICKETTS, In his Capacity as Governor of the State of Nebraska, DOUG PETERSON, In His Capacity as Attorney General of the State of Nebraska, and TODD SCHMADERER,** | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On August 17, 2015, Richard Hedrick, pro se, filed a Motion to Intervene (filing 318). On August 19, 2015, the undersigned denied Mr. Hedrick's motion, finding that given the late stage in this proceeding, allowing Mr. Hedrick to intervene would prejudice the existing parties. (Filing 319.) Mr. Hedrick has now moved the Court to reconsider this ruling.

Mr. Hedrick's Motion to Reconsider will be denied. As previously explained, trial in this matter has been held and post-trial briefs have been submitted. Allowing Mr. Hedrick to intervene at this juncture would unduly prejudice the parties to this suit.

Accordingly,

**IT IS ORDERED** that Richard Hedrick's Motion to Reconsider Intervention (filing 322) is denied.

**DATED October 9, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**